**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SOUTHPORT BANK, ) <br> ) <br> Plaintiff, ) <br> ) Case No.: 10-cv-8321 <br> v. ) <br> ) Judge John W. Darrah <br> CHARLES V. MILES, RANDOLPH S. MILES ) <br> and GOEKEN GROUP CORP., ) <br> ) <br> Defendants. ) | |

## MOTION FOR ENTRY OF
## JUDGMENT AGAINST GOEKEN GROUP CORP.

Pursuant to Federal Rules of Civil Procedure 58(d), Plaintiff, Southport Bank ("Southport"), by its undersigned counsel, moves this Court for entry of Judgment against Defendant, Goeken Group Corp. ("Goeken"), consistent with the Court's March 27, 2014 ruling granting Southport's Motion for Judgment as a Matter of Law. In support, Southport states as follows:

1. Following the Court's March 27, 2014 ruling granting Southport's Motion for Judgment as a Matter of Law (Dkt. 260), Southport's counsel provided Goeken's counsel on March 28, 2014 with a draft Order for entry of judgment as set forth in the attached Exhibit A.

2. Despite follow-up requests to counsel, Goeken has not yet provided its agreement to entry of the Order attached as Exhibit A, thus necessitating this motion.

3. Based upon the Court's March 27, 2014 ruling, judgment in the principal amount of $4,000,000 plus $1,310,684.93 in accrued pre-judgment interest at a rate of 10% per annum (in accordance with the terms of Goeken's February 13, 2009 loan modification letter) should be

entered against Goeken Group Corp., calculated as of April 10, 2014 in accordance with the schedule attached as Exhibit B.

WHEREFORE, Southport Bank respectfully requests entry of the Order attached hereto as Exhibit 1 directing that Judgment issue in favor of Southport Bank and against Goeken Group Corp. in the total sum of $5,310,684.93.

Dated: April 4, 2014                                             **SOUTHPORT BANK**

                                                  By:    /s/ Steven D. Pearson

Bruce R. Meckler (No. 6181171)
Steven D. Pearson (No. 6190506)
Mitchell J. Edlund (No. 6229190)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900
Fax: (312) 474-7898

Michael L. Ralph, Sr.
David J. Schwab
Joel H. Norton
RALPH, SCHWAB & SCHIEVER, CHTD.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Tel: (847) 367-9699
Fax: (847) 367-9621

## **CERTIFICATE OF SERVICE**

I, Steven D. Pearson, an attorney, hereby certify that on April 4, 2014, I filed the foregoing document electronically, via Electronic Case Filing (ECF), which shall send notice to all counsel of record.

/s/ Steven D. Pearson

M:\16182\pleading\mot004sp (entry).docx